**CALLPOD, INC., Plaintiff–Appellant,**

v.

**GN NETCOM, INC., GN NETCOM a/s, and Hello Direct, Inc., Defendants–Appellees.**

No. 2010–1511.

United States Court of Appeals, Federal Circuit.

May 9, 2011.

Jessica C. Kaiser, Kirkland & Ellis LLP, Chicago, IL, for Plaintiff–Appellant.

David B. Abramowitz, Locke, Lord Bissell & Liddell, LLP, Chicago, IL, for Defendants–Appellees.

## *ORDER*

Upon consideration of the parties' "Joint Dismissal Agreement," which the court treats as a joint motion to voluntarily dismiss this appeal from *Callpod, Inc. v. GN Netcom, Inc.*, case no. 06–CV–4961, (N.D.Ill),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.